# UNITED STATES DISTRICT COURT
## Central District of California

# BILL OF COSTS

REBECCA A. RICKLEY

V.

COUNTY OF LOS ANGELES, ET AL.,

Case Number: CV08-4918-SVW (AGRx)

Judgment having been entered in the above entitled action on _____ (Date) against **all Defendants**, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ 320.00 |
| Fees for service of summons and subpoena ............................ | 55.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation ........... | |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) ................................... | 10,495.90 |
| Fees and disbursements for printing ................................. (The costs of copies of an exhibit attached to a document necessarily filed and served.) | |
| Fees for witnesses (itemize on page 2 of 3) ......................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 (if incurred) ...................... | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs to be taxed pursuant to prior Court approval (please itemize) ..................... | |
| **TOTAL** | **$ 10,870.90** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _____

Name of Attorney: NATASHA ROIT

Costs are taxed in the amount of _____

By: _____

Clerk of Court          Deputy Clerk          Date

```
L.A.S.C. - SANTA MONICA COURT
1725 MAIN STREET
SANTA MONICA CA 90401

DATE PAID:   10/04/07   10:43:21 AM
RECEIPT #:   SM405596008


CIT/CASE: SC095515  LEA/DEF#:
                                        0310
PAYMENT:  $320.00
RECEIVED:
        CHECK:          320.00
        CASH:
        CHANGE:
        CARD:
```



2107-D West Commonwealth Ave., # 380
Alhambra, CA 91803
Phone: (626) 289-0179 . Fax: (626) 289-7091

**INVOICE DATE:** January 15, 2008          **INVOICE NUMBER:** S2400-1

Client No. NR
Client Law Offices of Natasha Roit
Address 3929 Malibu Vista Drive
Malibu, CA 90265
Phone: (310) 657-7871    Fax: (310) 657-3026
Client File No.: RICKLEY
Contact

Case No.: SC 095 515
Court: LOS ANGELES SUPERIOR COURT
Plaintiff: Rebecca A. Rickley
Defendant: The County of L.A., Dept. of Public Works, William Howard, etc., et al.,
Servee: County of Los Angeles, Department of Public Works

Documents:
Summons & Complaint

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: County of Los Angeles, Department of Public Works at 500 W. Temple Street, , Los Angeles, CA 90012.<br><br>Served Jessy Rigins, Senior Deputy Clerk on 1/15/08. | Service of Process in Los Angeles County<br>Rush Charge | 55.00<br>30.00 |
| | **INVOICE TOTAL** | **$ 85.00** |

Order#: S2400/RI



# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635



# Invoice

| DATE | INVOICE # |
|---|---|
| 7/16/2008 | 24655 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| TERMS |
|---|
| 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: WILLIAM HOWARD, VOL. I<br>TAKEN ON: 06-30-08 | 1,637.70 | 1,637.70 |

| | | |
|---|---|---|
| **Total** | | $1,637.70 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $1,637.70 |

| Phone # | Fax # | E-mail Address |
|---|---|---|
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.



# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/28/2008 | 24668 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| | TERMS |
|---|---|
| | 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: KEVIN PETROWSKY, VOL. I<br>TAKEN ON: 07-08-08 | 1,555.45 | 1,555.45 |
| | | **Total** | $1,555.45 |

| Phone # | Fax # | E-mail Address | Payments/Credits | $0.00 |
|---|---|---|---|---|
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** | $1,555.45 |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.

# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/30/2008 | 24948 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| TERMS |
|---|
| 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: KEVIN PETROWSKY, VOL. II<br>DEPO OF: WILLIAM HOWARD, VOL. II<br>TAKEN ON: 12-11-08 | 813.50 | 813.50 |

| | | | Total | $813.50 |
|---|---|---|---|---|
| Phone # | Fax # | E-mail Address | **Payments/Credits** | $0.00 |
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** | $813.50 |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.

# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/5/2008 | 24679 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| | | TERMS |
|---|---|---|
| | | 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: SOHEILA KALHOR, VOL. I<br>TAKEN ON: 07-14-08 & 07-15-08 | 1,849.30 | 1,849.30 |
| | | **Total** | $1,849.30 |

| Phone # | Fax # | E-mail Address | Payments/Credits | $0.00 |
|---|---|---|---|---|
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** | $1,849.30 |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.



# EXCEL COURT REPORTERS
3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/23/2008 | 24947 |

**BILL TO:**
ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**
ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| TERMS |
|---|
| 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: SOHEILA KALHOR, VOL. II<br>TAKEN ON: 12-10-08 | 521.40 | 521.40 |
|  |  | **Total** | **$521.40** |

| Phone # | Fax # | E-mail Address | Payments/Credits | $0.00 |
|---|---|---|---|---|
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** | **$521.40** |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.

# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/29/2008 | 24674 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| TERMS |
|---|
| 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: MICHAEL TRIPP<br>TAKEN ON: 07-10-08 | 913.25 | 913.25 |
|  | **Total** |  | **$913.25** |

| Phone # | Fax # | E-mail Address | Payments/Credits | $0.00 |
|---|---|---|---|---|
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** | **$913.25** |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.

# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/6/2009 | 24956 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| TERMS |
|---|
| 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: DENNIS TOM<br>DEPO OF: RACHELLE BURKE<br>TAKEN ON: 12-17-08 | 1,433.60 | 1,433.60 |

| | | |
|---|---|---|
| | **Total** | $1,433.60 |

| Phone # | Fax # | E-mail Address | **Payments/Credits** | $0.00 |
|---|---|---|---|---|
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** | $1,433.60 |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.

# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/23/2009 | 24974 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| TERMS |
|---|
| 90 DAYS |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: RONALD DOCKERY, JR.<br>TAKEN ON: 01-12-09 | 872.90 | 872.90 |
| | | **Total** | **$872.90** |

| Phone # | Fax # | E-mail Address | Payments/Credits | $0.00 |
|---|---|---|---|---|
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** | **$872.90** |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.

# EXCEL COURT REPORTERS

3764 ORANGE AVENUE
LONG BEACH, CA 90807
EIN #33-0433635

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/12/2009 | 25012 |

**BILL TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

**SHIP TO:**

ATTN/NATASHA ROIT, ESQ.
L/O OF NATASHA ROIT
3929 MALIBU VISTA DRIVE
MALIBU, CA 90265

| | | | TERMS |
|---|---|---|---|
| | | | 90 DAYS |
| QUANTITY | DESCRIPTION | RATE | AMOUNT |
| | RE: RICKLEY VS. COUNTY OF LA<br>DEPO OF: ALLAN ABRAMSON<br>TAKEN ON: 02-11-09<br><br>100% EXPEDITE | 898.80 | 898.80 |
| | | **Total** | **$898.80** |
| Phone # | Fax # | E-mail Address | **Payments/Credits** $0.00 |
| (562) 989-3499 | (562) 989-3494 | EXCELCRT@AOL.COM | **Balance Due** $898.80 |

Acceptance of the services evidenced by this invoice constitutes an agreement to pay this invoice in full within the above terms set forth. In the event payment in full is not received within such time period, client agrees to pay all costs of collection, including reasonable attorney's fees, together with interest on the unpaid balance at the rate of 18 percent per annum from the date due.