ROBERT E. KALUNIAN, Acting County Counsel
RICHARD D. WEISS, Assistant County Counsel
(SBN 89791), rweiss@counsel.lacounty.gov
CASEY C. YOURN, Deputy County Counsel
(SBN 227966), cyourn@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1840
Facsimile: (213) 687-7337

DEBORAH J. FOX, SBN 110929
dfox@meyersnave.com
PHILIP A. SEYMOUR, SBN 116606
pseymour@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Avenue, Suite 1670
Los Angeles, California  90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendants,
COUNTY OF LOS ANGELES, *et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REBECCA A. RICKLEY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, WILLIAM HOWARD, KEVIN PETROWSKY, SOHEILA KALHOR, MICHAEL TRIPP, RAJESH PATEL and DOES 2 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. CV08-4918-SVW(AGRx)<br><br>JUDGMENT PURSUANT TO FRCP 68<br><br>Hon. Stephen V. Wilson<br><br>J S - 6 |

Judgment is hereby entered in favor of plaintiff Rebecca Rickley ("Rickley") pursuant to Rickley's Notice of Acceptance of Offer of Judgment dated April 24, 2009.  Said Offer of Judgment was made by Defendants County of Los Angeles, William Howard, Kevin Petrowsky, Soheila Kalhor, Michael Tripp and Rajesh Patel (collectively "the County Defendants") on April 21, 2009, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED AND ADJUDGED:

The County Defendants do hereby jointly offer to allow entry of judgment in favor of plaintiff Rebecca Rickley against the County Defendants in the sum of Fifty Thousand Dollars ($50,000).  Said offer excludes any costs or attorneys' fees which shall be presented to the Court and the County Defendants reserve any and all rights to contest plaintiff's entitlement to claim said fees and costs.

This Rule 68 offer does not constitute an admission of liability by or on behalf of the County Defendants, and each of them who expressly deny liability for any amount.

The County Defendants further hereby offer to stipulate that the Notices of Violations dated March 28, 2007 and June 29, 2007 are hereby confirmed as resolved and no further County action will be pursued as to either of these prior Notices of Violation.

Dated: May 21, 2009

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1228860.2
1205.008